5-638579

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MAERSK LINE,

               Plaintiff,

- against -

RAMS IMPEX INC.,

               Defendant.
------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY



Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant RAMS IMPEX INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq.

2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

5. Thereafter, the goods were carried to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $19,793.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $19,793.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
April 17, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant RAMS IMPEX INC. was and still is a corporation organized and existing under the laws of the State of New Jersey, doing business in the State of New York, with offices and a place of business at 421 7th Avenue, Suite 1104, New York, NY 10001.

II. Details of shipment(s):

    1. Bill of Lading No. 524653395, dated February 28, 2008, from New York to Kandla on the Vessel MAERSK DOUGLAS, three (3) forty-foot containers SAID TO CONTAIN: WASTE PAPER, at the applicable tariff charge of $8,183.00 (Exhibit A).

Amount Paid: $0                Amount Due: $8,183.00

    2. Bill of Lading No. 524688228, dated February 28, 2008, from Newark to Kandla on the Vessel MAERSK DOUGLAS, five (5) forty-foot containers SAID TO CONTAIN: WASTE PAPER, at the applicable tariff charge of $7,105.00 (Exhibit B).

Amount Paid: $0                Amount Due: $7,105.00

    3. Bill of Lading No. 524935878, dated February 28, 2008, from Newark to Jawaharlal Nehru on the Vessel MAERSK DOUGLAS, two (2) forty-foot containers SAID TO CONTAIN: WASTE PAPER, at the applicable tariff charge of $1,822.00 (Exhbit C).

Amount Paid: $0                Amount Due: $1,822.00

4. Bill of Lading No. 524688227, dated March 5, 2008, from Newark to Jawaharlal Nehru on the Vessel MAERSK DOUGLAS, three (3) forty-foot containers SAID TO CONTAIN: WASTE PAPER, at the applicable tariff charge of $2,683.00 (Exhibit D).

Amount Paid: $0              Amount Due: $2,683.00

III. Total Amount Due: $19,793.00



**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

BDC MAEU
Booking No. 524688228

| | |
|---|---|
| **Shipper**<br>RAMS IMPEX INC.<br>421 7TH AVE, SUITE 1104<br>NEW YORK, NY 10001 | Booking No. 524688228<br>Export references: RI/TP/MW/01/28/08<br>Svc Contract |
| **Consignee**<br>TO ORDER | **Notify Party** (see clause 22)<br>TIRTHAK PAPER MILL PVT. LTD.<br>LILAPAR ROAD,<br>MORBI 363641 INDIA.<br>GUJARAT, INDIA. |
| **Vessel**: MAERSK DOUGLAS | **Voyage No.**: 0803 | Place of Receipt |
| **Port of Loading**: Newark | **Port of Discharge**: Kandla, India | Place of Delivery |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 5 containers said to contain 195 BALES<br><br>"MIX WASTE PAPER"<br><br>118706 KG<br>118.706 MT<br><br>AES-ITN: X20080128049421<br><br>MSKU8858497  ML-NONE  40 DRY 9'6  40 BALES  53600 US LBS  1412.580 CFT<br>Shipper Seal : 0839143<br>MSKU6472400  ML-NONE  40 DRY 9'6  39 BALES  52200 US LBS  1412.580 CFT<br>Shipper Seal : 7030063<br>MSKU9505128  ML-NONE  40 DRY 9'6  36 BALES  48940 US LBS  1412.580 CFT<br>Shipper Seal : 7030006<br>MSKU9926359  ML-NONE  40 DRY 9'6  42 BALES  55320 US LBS  1412.580 CFT<br>Shipper Seal : 0839234<br>KNLU5045380  ML-NONE  40 DRY 9'6  38 BALES  51640 US LBS  1412.580 CFT<br>Shipper Seal : 0839201<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT | 261700 US LBS | 7062.900 CFT |

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1400.00 | Per Container | USD | 7000.00 | |
| Container Cleaning | 1000.00 | Per Container | INR | | 5000.00 |
| Equipment Damage | 400.00 | Per Container | INR | | 2000.00 |
| Documentation Fee - Destination | 2000.00 | Per Bill of Lading | INR | | 2000.00 |
| Handling Charge - Destination | 5600.00 | Per Container | INR | | 28000.00 |
| Export Service Charge | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Manual Documentation Process | 25.00 | Per Bill of Lading | USD | 25.00 | |

| | | |
|---|---|---|
| Carrier's Receipt: Total number of containers or packages received by Carrier: 5 container(s) | Place of Issue of B/L: The Woodlands | |
| Number & Sequence of Original B(s)L: THREE/3 | Date of Issue of B/L: 2008-02-28 | |
| Declared Value (see clause 7.3) | Shipped on Board Date: 2008-01-26 | |

As Agents for the Carrier
Maersk Inc. - Woodlands

This transport document has one or more numbered attachments.

**EXHIBIT "B"**

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

ALLOWED FREETIME AS PER THE CARRIERS TARIFF. IN ADDITION HERETO, THE
SHIPMENT UNDER THIS BILL OF LADING SHALL ENJOY AN ADDITIONAL FREETIME OF 10
DAYS.

CY/CY

FREIGHT PREPAID

THE MERCHANT AGREES TO FURNISH COPY OF CUSTOMS CLEARED BILL OF ENTRY FOR
CARGO COVERED BY THIS TRANSPORT DOCUMENT AND TO PAY ON DEMAND TO THE
CARRIER OR HIS AGENT STAMP DUTY, WHERE APPLICABLE, ON CARGO RELEASE
ORDERS, SUCH AS BUT NOT LIMITED TO DELIVERY ORDERS AND ADMINISTRATION
CHARGES THERE ON, AS ISSUED BY THE CARRIERS/VESSEL'S AGENTS AGAINST THIS
TRANSPORT DOCUMENT.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Port Security Charge - Export | 5.00 | Per Container | USD | | 25.00 |
| Carrier Security Charge | 6.00 | Per Container | USD | | 30.00 |
| Total INR | | | INR | | 37000.00 |
| Total USD | | | USD | 7105.00 | |

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

BL No. 524935878

Shipper:
RAMS IMPEX, INC.
421 7TH AVENUE, SUITE, 1104
NEW YORK, NY10001

Booking No. 524935878

Export references:
RI/TCP/MW/01/28/08

Svc Contract: 50620

Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

Consignee:
TO ORDER

Notify Party (see clause 22):
TEC PAPER PVT. LTD
THOL VILLAGE ROAD
KADI SANAND ROAD
DIST.MEHSANA 382328 GUJARAT, INDIA.
PHONE: 91-2764-274572 TECPAPER@GMAIL.COM

Vessel: MAERSK DOUGLAS
Voyage No: 0803

Port of Loading: Newark
Port of Discharge: Jawaharlal Nehru
Place of Delivery: Jawaharlal Nehru

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 2 containers said to contain 76 BALES | 109820 US LBS | 2825.160 CFT |
| "MIX WASTE PAPER"<br>109820LBS<br>49814KG<br>49.814MT<br>AES-ITN: X20080128049422 | | |
| 40 DRY 9'6  41 BALES  54820 US LBS  1412.580 CFT<br>40 DRY 9'6  35 BALES  55000 US LBS  1412.580 CFT<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT | | |

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

ALLOWED FREETIME AS PER THE CARRIERS TARIFF. IN ADDITION HERETO, THE SHIPMENT UNDER THIS BILL OF LADING SHALL ENJOY AN ADDITIONAL FREETIME OF 10 DAYS.

COPY

above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause (4))

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 875.00 | Per Container | USD | 1750.00 | |
| Container Cleaning | 1000.00 | Per Container | INR | | 2000.00 |
| Customs Fine | 400.00 | Per Bill of Lading | INR | | 400.00 |
| Customs Clearance | 50.00 | Per Bill of Lading | INR | | 50.00 |
| Documentation Fee - Destination | 2000.00 | Per Bill of Lading | INR | | 2000.00 |
| Handling Charge - Destination | -5310.00 | Per Container | INR | | -10620.00 |
| Handling Charge - Destination | 5470.00 | Per Container | INR | | 10940.00 |

Carrier's Receipt (see clause 1 and (4)). Total number of containers or packages received by Carrier:
2 container(s)

Place of Issue of B/L: The Woodlands

Number & Sequence of Original B/Ls: THREE/3

Date of Issue of B/L: 2008-02-28

Declared Value (see clause 7.3):

Shipped on Board Date: 2008-01-28

This transport document has one or more numbered attachments

As Agent(s) for the Carrier
Maersk Inc. - Woodlands



EXHIBIT "C"

FREIGHT PREPAID

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Handling Charge - Destination | 5310.00 | Per Container | INR | | 10620.00 |
| Export Service Charge | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Manual Documentation Process | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Port Security Charge - Export | 5.00 | Per Container | USD | 10.00 | |
| Carrier Security Charge | 6.00 | Per Container | USD | 12.00 | |
| Total INR | | | INR | | 15390.00 |
| Total USD | | | USD | 1822.00 | |

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

| Shipper | Booking No. |
|---|---|
| RAMS IMPEX, INC.<br>421 7TH AVENUE, SUITE 1104<br>NEW YORK, NY10001 | 524688227 |

Export references: R1/3M/MW/01/28/08

Svc Contract: 50620

| Consignee | Notify Party |
|---|---|
| THREE M PAPER MANUFACTURING CO PVT<br>F-1, MIDC, KHERDI,<br>CHIPLUN<br>Ratnagiri, 415604<br>India | THREE M PAPER MANUFACTURING CO.PVT.LTD<br>F-1, M.I.D.C.KHERDI-CHIPLUN<br>RATNAGIRI 415604<br>MAHARASHTRA, INDIA<br>PHONE: 91-2355-256832 |

| Vessel | Voyage No. |
|---|---|
| MAERSK DOUGLAS | 0803 |

| Port of Loading | Port of Discharge | Place of Delivery |
|---|---|---|
| Newark | Jawaharlal Nehru | Jawaharlal Nehru |

**PARTICULARS FURNISHED BY SHIPPER**

Weight: 160980 US LBS    Measurement: 4237.740 CFT

3 containers said to contain 112 BALES

"MIX WASTE PAPER"
160980LBS
73020KGS
73.020MT
AES-ITN: X20080128049422

40 DRY 9'6  39 BALES  52500 US LBS  1412.580 CFT
40 DRY 9'6  37 BALES  54460 US LBS  1412.580 CFT
MSKU8079590  ML-NONE 40 DRY 9'6  36 BALES  54020 US LBS  1412.580 CFT
Shipper Seal: 0638217
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

ALLOWED FREETIME AS PER THE CARRIERS TARIFF. IN ADDITION HERETO, THE

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 875.00 | Per Container | USD | | 2625.00 |
| Transport Document Issuance | 1000.00 | Per Bill of Lading | INR | | 1000.00 |
| Container Cleaning | 1000.00 | Per Container | INR | | 3000.00 |
| Customs Fine | 400.00 | Per Bill of Lading | INR | | 400.00 |
| Customs Clearance | 50.00 | Per Bill of Lading | INR | | 50.00 |
| Documentation Fee - Destination | 2000.00 | Per Bill of Lading | INR | | 2000.00 |
| Handling Charge - Destination | 5310.00 | Per Container | INR | | 15930.00 |

Place of Issue of B/L: BOMBAY (MUMBAI)

B/L Number: THREE/3
Date of Issue of B/L: 2008-03-05
Shipped on Board date: 2008-01-25

as Agents for the Carrier
Maersk India Pvt. Ltd



EXHIBIT "D"

SHIPMENT UNDER THIS BILL OF LADING SHALL ENJOY AN ADDITIONAL FREETIME OF 10 DAYS.

FREIGHT PREPAID

CY/CY

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Handling Charge - Destination | 5470.00 | Per Container | INR | | 16410.00 |
| Handling Charge - Destination | -5310.00 | Per Container | INR | | -15930.00 |
| Manual Documentation Proces | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Port Security Charge - Export | 5.00 | Per Container | USD | 15.00 | |
| Carrier Security Charge | 6.00 | Per Container | USD | 18.00 | |
| Total INR | | | INR | | 22860.00 |
| Total USD | | | USD | 2683.00 | |