UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

No. 08 CIV 3815

**MAERSK LINE,**

       *Plaintiff,*

  –against–

**RAMS IMPEX, INC.,**

       *Defendant.*

State Of New York, County of New York SS:
**ROBIN RAMSON**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 24TH day of **APRIL 2008** At: **4:38 PM**

At: **421 7TH AVENUE, SUITE 1104, NEW YORK, NEW YORK 10001**

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **RAMS IMPEX, INC.**

**PERSONAL SERVICE ON A CORPORATION**
A corporation, by delivering thereat a true copy to **DIPAK PARIKH (MANAGING AGENT)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **BROWN** Hair: **BLACK** App. Age: 39 App. Ht.: 5'7" App. Wt. 145
Other identifying features. **GLASSES**

Sworn to before me this 5TH
day of MAY 2008

**JAMES R. CAGNEY**
Notary Public, State of New York
No. 01CA6156968
Qualified in New York County
Commission Expires December 4, 2010

ROBIN RAMSON 956-346