USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

5-638579
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAERSK LINE,

08 CV 3815 (PKL)

                              Plaintiff,

ORDER TO
SHOW CAUSE

          - against -

RAMS IMPEX INC.,

                              Defendant.
-----------------------------------------------------------X

 PLEASE TAKE NOTICE that upon the annexed affidavits of Albert J. Avallone, Esq., with Exhibits annexed thereto, and Dave Johnson, and upon all prior pleadings and proceedings herein, defendant RAMS IMPEX INC. is summoned to show cause before the Hon. Peter K. Leisure, D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, in Courtroom 18B thereof, on the 26th day of June, 2008, at 10 a.m. why judgment by default should not be entered against defendant due to defendant's failure to respond to the Complaint.

 PLEASE TAKE FURTHER NOTICE that service on defendant RAMS IMPEX INC. by first class mail, postage prepaid, on or before June 3, 2008 shall be deemed sufficient service thereof.

 No prior application for the relief requested has been made.

Dated: New York, New York
  May 30, 2008

_____
     U.S.D.J.