```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

5-638579
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MAERSK LINE,                                              08 CV 3815 (PKL)

               Plaintiff,

                                    DEFAULT JUDGMENT

    - against -

RAMS IMPEX INC.,

              Defendant.
-----------------------------------------------------X

       This action having been commenced on April 22, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant RAMS IMPEX INC. on April 24, 2008 by personal service on Dipak Parikh, Managing Agent, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

       Now, on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

       ORDERED, ADJUDGED AND DECREED that the plaintiff have judgment against defendant RAMS IMPEX INC. in the liquidated amount of $19,793.00, with interest at 6% from the respective dates due amounting to $284.12, plus the costs and disbursements of this action in the amount of $445.00, amounting in all to $20,522.12.

Dated: New York, New York
       June 26, 2008

                                              _____
                                                    U.S.D.J.